IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02012-BNB

JESUS HECTOR PALMA-SALAZAR,

Applicant,

v.

BLAKE DAVIS, Warden, United States Penitentiary Administrative Maximum Facility, Florence, Colorado, and
FEDERAL BUREAU OF PRISONS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2010

GREGORY C. LANGHAM
CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to District Judge John L. Kane pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to District Judge John L. Kane pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED September 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02012-BNB

Frank J. Ragen
Attorney at Law
**DELIVERED ELECTRONICALLY**

Juan G. Villasenor
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/16/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk