IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2012-JLK-CBS**

**JESUS HECTOR PALMA-SALAZAR,**

    Plaintiff-Petitioner,

v.

**BLAKE DAVIS, WARDEN,**
United States Penitentiary
Administrative Maximum Facility,
Florence, Colorado

and

**FEDERAL BUREAU OF PRISONS,**

    Defendants-Respondents.

_____

ORDER
_____

Kane, J.

    Pursuant to the mandate issued by the Tenth Circuit Court of Appeals, the Judgment entered in this case on December 23, 2010 is VACATED. Mr. Palma-Salazar's § 2241 petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Dated: June 25, 2012.        BY THE COURT:

                                              /s/**John L. Kane**
                                              Senior U.S. District Court Judge